1  STEPHEN P. WILEY, City Attorney
2  Tom R. Shapiro, Assistant City Attorney
   State Bar Nos. 84517, 127383
3  Post Office Box 1990
4  Santa Barbara, California 93102-1990
   (t) (805) 564-5331; (f) (805) 897-2532
5  E-Mail: tshapiro@SantaBarbaraCA.gov
6
7  Attorneys for City of Santa Barbara

8                  UNITED STATES DISTRICT COURT
9
10                 CENTRAL DISTRICT OF CALIFORNIA

11 | ARTURO GARCIA,                    ) CASE NO. CV07-06005 SVW(CWx)
                                       )
12 |         Plaintiff,                 ) **NOTICE OF APPLICATION TO**
13 |                                    ) **THE CLERK TO TAX COSTS WITH**
   | vs.                                ) **EXHIBIT "A"**
14 |                                    )
15 | CITY OF SANTA BARBARA, et al.,     ) Hearing Date: April 24, 2008
                                       ) Hearing Time: 11:00 a.m.
16 |         Defendants.                 ) Location:     Room 917 (Ninth Floor)
17                                      )               Spring Street Courthouse
                                       )
18                                      ) *(Proposed Bill of Costs and records of*
19 | _____    ) *costs filed concurrently herewith.)*

20     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21
22     PLEASE TAKE NOTICE on **April 24, 2008** at **11:00 a.m.** in Room 917
23 (Ninth Floor) of the United States District Court Spring Street Courthouse
24 located at 312 N. Spring Street in Los Angeles, California, Defendant City of
25
26 Santa Barbara Bill of Costs hearing with be heard.
27     This Notice of hearing and Application to the Clerk to Tax Costs is
28 submitted pursuant to the Honorable Stephen V. Wilson, Judge of the United

                                    1

States District Court, order entered on March 24, 2008 granting the Defendant's Motion in Limine No. 1/Motion to Dismiss; FRCP 4(M), attached hereto as Exhibit "A". Defendant is entitled to costs, fees, and disbursements in an amount to be determined by this Court.

This Application is supported by the proposed Bill of Costs and records of costs filed concurrently herewith.

DATED: April 7, 2008         STEPHEN P. WILEY, City Attorney

By _____
Tom R. Shapiro
Assistant City Attorney
Attorneys for City of Santa Barbara

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV07-6005-SVW(CWx) |
| Title | Arturo Garcia vs. City of Santa Barbara, et al. |
| Date | March 24, 2008 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Margaret Babykin | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Luis Esparza                             Tom R. Shapiro

**Proceedings:**  1. PRETRIAL CONFERENCE (JT 03/25/08)
2. DEFENDANT'S MOTION IN LIMINE #1/MOTION TO DISMISS;
FRCP4(m) 14 (fld 03/04/08)

Hearing held. The motion is granted. The case is dismissed.

: 5

**EXHIBIT A**    Initials of Preparer    PMC