STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California  93102-1990
(t)     (805) 564-5331
(f)     (805) 897-2532
(e)     tshapiro@santabarbaraca.gov

Attorneys for City of Santa Barbara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GARCIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA BARBARA, et al.,<br><br>                    Defendants. | ) CASE NO. CV07-06005 SVW(CWx<br>)<br>)<br>)<br>) APPLICATION FOR JUDGMENT<br>) AND ORDER FOR ENTRY OF<br>) COSTS<br>)<br>)<br>)<br>)<br>) |

TO THE HONORABLE COURT:

WHEREAS, this action came on regularly for pre-trial conference

hearing on March 24, 2008 in Courtroom 6 of the United States District

Court, Central District of California, the Hon. Stephen V. Wilson, Judge,

presiding, and

WHEREAS, Plaintiff, ARTURO GARCIA ("GARCIA") appeared by

his attorney Luis Esparza, and defendant CITY OF SANTA BARBARA

("CITY"), appeared by its attorney Tom R. Shapiro, and

1

WHEREAS, the court, after considering the CITY's MOTION *IN LIMINE* NO. 1: MOTION TO DISMISS; FRCP 4(M), with no opposition offered by GARCIA, rendered a dismissal under FRCP 4(M), as noticed in the court's March 24, 2008 Order, and

WHEREAS, the CITY filed an Application to Tax Costs in the sum of one-thousand, five hundred, seventy-eight dollars and twenty-two cents ($1,578.22) on April 7, 2008, with no opposition offered by GARCIA, and

NOW THEREFORE, an application is made for a judgment on the CITY's motion to dismiss and an order for entry of costs in the sum of one-thousand, five hundred, seventy-eight dollars and twenty-two cents ($1,578.22) against GARCIA and in favor of the CITY.

DATED:  April 22, 2008                          STEPHEN P. WILEY, City Attorney

By _____
Tom R. Shapiro
Assistant City Attorney
Attorneys for City of Santa Barbara

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS - 6

### CIVIL MINUTES - GENERAL

| Case No. | CV07-6005-SVW(CWx) | Date | March 24, 2008 |
|---|---|---|---|
| Title | Arturo Garcia vs. City of Santa Barbara, et al. | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Margaret Babykin | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Luis Esparza | Tom R. Shapiro |

**Proceedings:**    1. PRETRIAL CONFERENCE (JT 03/25/08)
2. DEFENDANT'S MOTION IN LIMINE #1/MOTION TO DISMISS;
FRCP4(m) 14 (fld 03/04/08)


Hearing held.  The motion is granted. The case is dismissed.


|  | : | 5 |
|---|---|---|
| Initials of Preparer | | PMC |

1 | STEPHEN P. WILEY, City Attorney
2 | Tom R. Shapiro, Assistant City Attorney
  | State Bar Nos. 84517, 127383
3 | Post Office Box 1990
  | Santa Barbara, California  93102-1990
4 | (t) (805) 564-5331; (f) (805) 897-2532
5 | E-Mail: tshapiro@SantaBarbaraCA.gov

6 | Attorneys for City of Santa Barbara

7

8 | **UNITED STATES DISTRICT COURT**

9

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | ARTURO GARCIA,                          )   CASE NO. CV07-06005 SVW(CWx)
                                           )
12 |                 Plaintiff,             )   **NOTICE OF APPLICATION TO**
                                           )   **THE CLERK TO TAX COSTS WITH**
13 | vs.                                    )   **EXHIBIT "A"**
                                           )
14 |                                        )
15 | CITY OF SANTA BARBARA, et al.,         )   Hearing Date:   April 24, 2008
                                           )   Hearing Time:   11:00 a.m.
16 |                 Defendants.            )   Location:       Room 917 (Ninth Floor)
                                           )                   Spring Street Courthouse
17 |                                        )
18 |                                        )
                                           )   *(Proposed Bill of Costs and records of*
19 |                                        )   *costs filed concurrently herewith.)*

20 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21

22 | PLEASE TAKE NOTICE on **April 24, 2008** at **11:00 a.m.** in Room 917

23 | (Ninth Floor) of the United States District Court Spring Street Courthouse

24 | located at 312 N. Spring Street in Los Angeles, California, Defendant City of

25 | Santa Barbara Bill of Costs hearing with be heard.

26

27 | This Notice of hearing and Application to the Clerk to Tax Costs is

28 | submitted pursuant to the Honorable Stephen V. Wilson, Judge of the United

1    States District Court, order entered on March 24, 2008 granting the Defendant's

2    Motion in Limine No. 1/Motion to Dismiss; FRCP 4(M), attached hereto as

3

4    Exhibit "A".  Defendant is entitled to costs, fees, and disbursements in an

5    amount to be determined by this Court.

6
        This Application is supported by the proposed Bill of Costs and records of
7
8    costs filed concurrently herewith.

9

10   DATED:  April 7, 2008                          STEPHEN P. WILEY, City Attorney

11

12                                        By  _____

13                                                Tom R. Shapiro
                                                Assistant City Attorney
14                                        Attorneys for City of Santa Barbara

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV07-6005-SVW(CWx) | Date   March 24, 2008 |
| Title | Arturo Garcia vs. City of Santa Barbara, et al. | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Paul M. Cruz | Margaret Babykin | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

Luis Esparza                                      Tom R. Shapiro

**Proceedings:**     1. PRETRIAL CONFERENCE (JT 03/25/08)
2. DEFENDANT'S MOTION IN LIMINE #1/MOTION TO DISMISS;
FRCP4(m) 14 (fld 03/04/08)

Hearing held.  The motion is granted. The case is dismissed.

**EXHIBIT A**     Initials of Preparer _____ : __5__

PMC

# UNITED STATES DISTRICT COURT
## Central District of California

ARTURO GARCIA,
      Plaintiff,

**BILL OF COSTS**

V.

CITY OF SANTA BARBARA, et al.
      Defendants.

Case Number: CV07-06005 SVW(CWx)

Judgment having been entered in the above entitled action on ___3/24/2008___ against _Plaintiff, Arturo Garcia_ ,
                                       Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ $ | 350.00 |
| Fees for service of summons and subpoena ........................................... | 45.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1.  Trial Transcripts, if requested by the Court or prepared pursuant to stipulation ........... | 0.00 |
| 2.  Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) ................................................. | 613.22 |
| Fees and disbursements for printing ................................................. | 0.00 |
| (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) ........................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 0.00 |
| Docket fees under 28 U.S.C. 1923 (if incurred) ...................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ...................................... | 0.00 |
| Compensation of court-appointed experts ............................................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 570.00 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) ..................... | 0.00 |
| TOTAL  $ | 1,578.22 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage
prepaid to:  Mr. Luis Esparza, Attorney at Law

Signature of Attorney

Tom R. Shapiro, Assistant City Attorney
Name of Attorney

For: _____Defendant, City of Santa Barbara_____    Date: ___April 7, 2008___
               Name of Claiming Party

Costs are taxed in the amount of _____

_____    By: _____    _____
Clerk of Court                    Deputy Clerk               Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

Case 2:07-cv-06005-SVW-CW    Document 17-2    Filed 04, /2008    Page 3 of 16

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

SPECIAL NOTE:  An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties.  The claiming party shall ensure that any receipts are self-explanatory (i.e. receipts for service, to include the name of the individual). The Clerk's designee will disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

### Amended Procedure for Filing Bill of Costs

Local Rule 54-3 - Within (15) days after entry of judgment , the party entitled to costs shall file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed  Bill of Costs on Form CV-59. The Bill of Costs and the Notice of Application to the Clerk to Tax Costs shall be prepared as two separate documents.  All costs shall be specified so that the nature of the claim can be readily understood. The Bill of Costs will be electronically filed by the Clerk's designee once determination of allowable costs are made.

### Appearance Requirements

Local Rule 54-3.2 - Time of Application - The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties.  If no objections to the Bill of Costs are filed, then no appearance by counsel is required.  In the absence of an objection, any item listed will be taxed as allowed under Local Rule 54.  When an objection is filed, the Clerk's designee may determine that no hearing is required and the parties will be so notified.  If a hearing is to be held, the Clerk's  designee may specify the form of the hearing and determine if telephonic appearances are appropriate.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

*Arturo Garcia v. City of Santa Barbara, et al*
USDC Case No. CV07-06005 SVW(CWx)

## TABLE OF COSTS

**Fees of the Clerk**
Civil filing fee                                                 5

**Fees for services of summons and subpoena**
United Process Servers                                           6-7

**Compensation of interpreters, etc.**
America Translating Services, Inc.                               8-9

**Deposition Transcripts**
Tri-County Court Reporters                                       10-11
Taylor Morse, Ltd.                                               12-16

```
          CLERK'S OFFICE U.S.D.C.
               LOS ANGELES
     9/17/2007 9:57:55 AM   Receipt #: 99836
          Cashier : ABELLAMY [LA 1-1]
     Paid by: CITY OF SANTA BARBARA
     2:CV07-06005
     2007-086900        5 - Civil Filing Fee(1)
     Amount :                         $60.00

     2:CV07-06005
     2007-510000       11 - Special Fund F/F(1)
     Amount :                        $190.00

     2:CV07-06005
     2007-086400        Filing Fee - Special(1)
     Amount :                        $100.00

     ----------------------------------------
     Check Payment : 1072 /        350.00
     ----------------------------------------
     Total Payment :               350.00

     (= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

**PAGE 5**

```
REPORT: CLMFAX                    CITY OF SANTA BARBARA          RUN DATE: 11/16/2007
       PAGE: 1                                                      TIME: 10:37

       LOCATION NUMBER 146        RISK MANAGEMENT
                                                               CLAIM NUMBER 871265
       RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION,
```

| CLAIM TYPE | PROGRAM | | PO NO. | CLOS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| UNENCUMBE | FINANCE-LIABILITY | | | | 45.00 |

```
| VENDOR NO. | VENDOR NAME AND ADDRESS                                    NEW?
|   908495   | UNITED PROCESS SERVERS, INC.
| REMIT CODE |
```

```
| CONTACT: KIM 2565
| RETURN TO DEPARTMENT:          | ENTRY DATE: 11/16/2007 | INITIALS: KP
```

                              CLAIM DESCRIPTION

                    LEGAL DOCUMENT SERVICE ATTEMPT
                    RE: GARCIA

| LN# | INVOICE # | INV DATE | G/L NUMBER | AMOUNT |
|---|---|---|---|---|
| 1 | 88385 | 11/13/2007 | 531-1462-52970-005644-000-000 | 45.00 |

```
FIRST                          SECOND
APPROVAL:                      APPROVAL:
```

                                NOTICE
SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO
DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY
COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW
OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT,
VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

```
                                | THE UNDERSIGNED, UNDER PENALTY OF
                                | PERJURY, STATES THAT THIS CLAIM AND
                                | THE ITEMS THEREIN SET OUT ARE TRUE AND
FINANCE DIRECTOR APPROVAL  DATE | CORRECT, THAT NO PART THEREOF HAS
                                | HERETOFORE BEEN PAID, AND THAT THE
                                | AMOUNT THEREIN IS JUSTLY DUE CLAIMANT.
CITY ADMINISTRATOR APPROVAL DATE |
                                | SIGNED                          DATE
```



# UNITED PROCESS SERVERS
A T T O R N E Y   S E R V I C E S



SANTA BARBARA OFFICE

Phone (
Fax

Bill to:
SANTA BARBARA CITY ATTORNEY

Work Completed For:
TOM R. SHAPIRO
SANTA BARBARA CITY ATTORNEY

Tuesday November 13, 2007 — *INVOICE* — SHAPIRO.88385

Case #: CV07-06005SVW
Court: UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
Title: ARTURO GARCIA vs. CITY OF SANTA BARBARA, ET AL.
Documents: SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION

| Date | Description | Amount |
|------|-------------|--------|
| 11/13/07 05:00PM | Returned Not Served JONA PERE JUPI, AT Home ▇▇▇▇ ▇▇▇▇▇▇▇ Returned By: RYAN CARTER | |
| 11/13/07 | BAD ADDRESS | |

Thank you for selecting United Process Servers, Inc.

11·14·07   45.00
$45.00
OK to
pay

```
REPORT: CLMFAX                    CITY OF SANTA BARBARA         RUN DATE: 11/28/2007
    PAGE: 1                                                     TIME: 16:50

    LOCATION NUMBER 146        RISK MANAGEMENT
                                                          CLAIM NUMBER 872202
      RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION,  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

| CLAIM TYPE | PROGRAM | | | | |
|---|---|---|---|---|---|
| UNENCUMBE | FINANCE-LIABILITY | | PO NO. | CLOS | TOTAL AMOUNT |
| | | | | | 570.00 |

| VENDOR NO. | VENDOR NAME AND ADDRESS | NEW? |
|---|---|---|
| 000000 | AMERICA TRANSLATING SERVICES, INC. | |
| REMIT CODE | | x |

```
| CONTACT: KIM 2565
| RETURN TO DEPARTMENT:          | ENTRY DATE: 11/28/2007  | INITIALS: KP
```

CLAIM DESCRIPTION

TRANSLATION COSTS RE: GARCIA

| LN# | INVOICE # | INV DATE | G/L NUMBER | AMOUNT |
|---|---|---|---|---|
| 1 | 3Y38301 | 11/15/2007 | 531-1462-52970-005644-000-000 | 570.00 |

```
FIRST                          SECOND
APPROVAL:                      APPROVAL:
```

NOTICE

SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO
DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY
COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW
OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT,
VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

```
_____   THE UNDERSIGNED, UNDER PENALTY OF
FINANCE DIRECTOR APPROVAL  DATE  PERJURY, STATES THAT THIS CLAIM AND
                                 THE ITEMS THEREIN SET OUT ARE TRUE AND
                                 CORRECT, THAT NO PART THEREOF HAS
                                 HERETOFORE BEEN PAID, AND THAT THE
_____   AMOUNT THEREIN IS JUSTLY DUE CLAIMANT.
CITY ADMINISTRATOR APPROVAL  DATE
                                 _____
                                 SIGNED                      DATE
```

**PAGE 8**



# America Translating Services, Inc.

*a defense service provider*

Office: ███████     Fax: ███████

Date: 11/15/2007
Invoice Number: 3Y38301

Tax ID #

City Of Santa Barbara
Accounts Payable: Tom Shapiro
███████

---

**Caption:** Garcia vs City of Santa Barbara

**Reference #:** N/A

**Language:** Spanish

**Type:** Deposition

**Date of Service:** 11/13/2007

**Time:** 9:00 AM

**Appointment Location:**
Tri-County Court Reporters
███████

**Interpreter:** ANTONIO VERDINY
Cert. No(s).100684

*OK TO PY [signature]*

**Services requested by:** Mira Tri County   10/29/2007

### Charges

TeleConference charges:
**Deposition Prep:**
**Interpreting:** $570.00
**Parking/Travel/Mileage:**

1st deposition - 9:00 a.m. - 11:30 a.m.

2nd deposition - 1:00 p.m. - To be rescheduled

**Total costs** $570.00
**Total Paid**
**Interest\*\***

**Total Due** $570.00

California Code of Regulations, Title 8, Section 9795.3 Interpreting Services

1) Board Hearing, Arbitration, Deposition or Rehabilitation Conference: Interpreting fees shall be billed and paid at the greater of the following (i) at the rate for one-half day or one full day as set forth in the Superior Court fee for interpreters in the county where the service was provided, (ii) or at the market rate.
2) All other events interpreter fees shall be billed and paid at the rate of $11.25 per quarter hour with a minimum of two hours or the market rate, (ii) or at the market rate, whichever is greater.
3) Payment for mileage and travel time where reasonable and necessary to provide the service is over 25 miles set by the Director of the Department of Personnel Administration at $0.445 and travel time at the rate of $5.00 per quarter hour or portion thereof.
4) Notification of at least 24 hours prior to the time the service is to be provided, the interpreter/agency shall be paid no less than the minimum fee.
5) Nothing shall preclude payment to an interpreter or agency for interpreting services based on an agreement made in advance of services between the agency and Claims Administrator, regardless of whether or not such payment is less than, or exceeds, the fees set forth in this section.

\* Parking charges are based on the prevailing rates for parking. If parking costs less for the facility please specify and/or notify our office.
\*\*A finance charge of the maximum allowable by law will be applied to accounts that are over 30 days late.

PAGE 9

```
REPORT: CLMFAX                      CITY OF SANTA BARBARA              RUN DATE: 12/28/2007
     PAGE: 1                                                           TIME: 15:51

     LOCATION NUMBER 146        RISK MANAGEMENT
                                                                   CLAIM NUMBER 874689
     RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ████████████████████
  --------------------------------------------------------------------------------
  | CLAIM TYPE| PROGRAM                              |        |      |            |
  | UNENCUMBE | FINANCE-LIABILITY                    | PO NO. | CLOS | TOTAL AMOUNT|
  |           |                                      |        |      |      400.00 |
  --------------------------------------------------------------------------------
  | VENDOR NO.|  VENDOR NAME AND ADDRESS             |               |            |
  |  032265   |  TRI-COUNTY COURT REPORTERS          |               |    NEW?    |
  | REMIT CODE|  █████████████████████████████       |               |            |
  |           |  ████████████████████████████        |               |            |
  --------------------------------------------------------------------------------
  | CONTACT: KIM 2565                      | ENTRY DATE: 12/28/2007 | INITIALS: KP|
  | RETURN TO DEPARTMENT:                  |                        |             |
  --------------------------------------------------------------------------------

                             CLAIM DESCRIPTION
                     ---------------------------------------
                     DEPOSITION CHARGES
                     RE: GARCIA
  --------------------------------------------------------------------------------
  | LN# | INVOICE #  |  INV DATE  |          G/L NUMBER          |       AMOUNT   |
  |  1  | 11205-07   | 12/13/2007 | 531-1462-52970-005644-000-000|        400.00  |
```

FIRST
APPROVAL: _K.Watson_                SECOND
                                    APPROVAL: _____

                              NOTICE
SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO
DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY
COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW
OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT,
VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

```
  --------------------------------------------------------------------------------
  |                                      | THE UNDERSIGNED, UNDER PENALTY OF      |
  |                                      | PERJURY, STATES THAT THIS CLAIM AND    |
  | _____ | THE ITEMS THEREIN SET OUT ARE TRUE AND |
  | FINANCE DIRECTOR APPROVAL      DATE   | CORRECT, THAT NO PART THEREOF HAS      |
  |                                      | HERETOFORE BEEN PAID, AND THAT THE     |
  |                                      | AMOUNT THEREIN IS JUSTLY DUE CLAIMANT. |
  | _____ |                                        |
  | CITY ADMINISTRATOR APPROVAL    DATE   |                                        |
  |                                      | _____   |
  |                                      | SIGNED                          DATE   |
  --------------------------------------------------------------------------------
```

**PAGE 10**



Tax I.D. #

TOM R. SHAPIRO, ESQ.
STEPHEN P. WILEY, CITY ATTORNEY

December 13, 2007

**Invoice#** 11205-07

**Balance:**   $400.00

Re: GARCIA V. CITY OF SB
    USDC-CV07-06006 SVW
    on 11/13/07 by Maria G. Rabatin

## *Invoicing Information*

Charge Description

Amount

THE ORIGINAL AND ONE COPY OF THE DEPOSITION OF:

ARTURO GARCIA

385.00

OK to
PAY

Delivery (O&1):

15.00

P l e a s e   R e m i t   - - - >   **Total Due:**   $400.00

*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK*
THANK YOU!





```
REPORT: CLMFAX                    CITY OF SANTA BARBARA
  PAGE: 1                                                    RUN DATE: 12/14/2007
                                                             TIME: 16:42
   LOCATION NUMBER 146        RISK MANAGEMENT
     RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION,        CLAIM NUMBER 873676
```

| CLAIM TYPE | PROGRAM | | PO NO. | CLOS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| UNENCUMBE | FINANCE-LIABILITY | | | | 1,190.47 |

```
| VENDOR NO. | VENDOR NAME AND ADDRESS
|  044443    | TAYLOR MORSE, LTD.                                  NEW?
| REMIT CODE |
```

```
| CONTACT: KIM 2565
| RETURN TO DEPARTMENT:              | ENTRY DATE: 12/14/2007 | INITIALS: KP
```

```
                         CLAIM DESCRIPTION

               SUBPOENA CHARGES RE:
                 -COMRIE
                 -BRAVO
                 -BAKER
                 -GARCIA
```

| LN# | INVOICE # | INV DATE | G/L NUMBER | AMOUNT |
|---|---|---|---|---|
| 1 | 110420 | 12/05/2007 | 531-1462-52970-005606-000-000 | 95.84 |
| 2 | 110421 | 12/05/2007 | 531-1462-52970-005606-000-000 | 105.93 |
| 3 | 110416 | 12/05/2007 | 531-1462-52970-005605-000-000 | 93.90 |
| 4 | 110371 | 12/04/2007 | 531-1462-52970-005605-000-000 | 133.47 |
| 5 | 110422 | 12/05/2007 | 531-1462-52970-005605-000-000 | 127.46 |
| 6 | 110600 | 12/07/2007 | 531-1462-52970-005605-000-000 | 106.12 |
| 7 | 110599 | 12/07/2007 | 531-1462-52970-005605-000-000 | 189.13 |
| 8 | 110417 | 12/05/2007 | 531-1462-52970-005602-000-000 | 111.04 |
| 9 | 110419 | 12/05/2007 | 531-1462-52970-005602-000-000 | 58.13 |
| 10 | 110418 | 12/05/2007 | 531-1462-52970-005602-000-000 | 74.77 |
| 11 | 110383 | 12/04/2007 | 531-1462-52970-005644-000-000 | 94.68 |

**PAGE 12**

```
REPORT: CLMFAX
   PAGE: 2                       CITY OF SANTA BARBARA        RUN DATE: 12/14/2007
                                                             TIME: 16:42
   LOCATION NUMBER 146       RISK MANAGEMENT
                                                          CLAIM NUMBER  873676
      RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ████████████████
```

| FIRST APPROVAL: | SECOND APPROVAL: |
|---|---|

**NOTICE**

SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

| | THE UNDERSIGNED, UNDER PENALTY OF PERJURY, STATES THAT THIS CLAIM AND THE ITEMS THEREIN SET OUT ARE TRUE AND CORRECT, THAT NO PART THEREOF HAS HERETOFORE BEEN PAID, AND THAT THE AMOUNT THEREIN IS JUSTLY DUE CLAIMANT. |
|---|---|
| FINANCE DIRECTOR APPROVAL        DATE | |
| CITY ADMINISTRATOR APPROVAL        DATE | |
| | SIGNED                                DATE |

**PAGE 13**



# Invoice

| Date | Invoice # |
|------|-----------|
| 12/4/2007 | 110383 |

**lled To**

Stephen P. Wiley, City Attorney



Attn: Julie Ruggieri

**Ordered By**

Stephen P. Wiley, City Attorney

Attn: Tom R. Shapiro

**Claim #:**

**Insured:**

**Date Of Loss:**     01/10/2007

**Case Name:**     Arturo Garcia  vs  City of Santa Barbara, et al.
**Firm File #:**     Garcia, Arturo

**Order Number:**     518450-B          **Order Date:** 11/12/2007
**Records Pertaining to:**     Arturo M. Garcia

**Records From:**     SANTA BARBARA COTTAGE HOSPITAL-BILLS

| Item Description | Qty | Sales Price | Amount |
|------------------|-----|-------------|--------|
| Basic Charge | 1 | $15.00 | $15.00 |
| Subpoena Preparation | 1 | $15.00 | $15.00 |
| Subpoena Service | 1 | $18.50 | $18.50 |
| Field Trips | 1 | $15.00 | $15.00 |
| Pages Scanned | 11 | $0.18 | $1.98 |
| Witness Fee | 1 | $15.00 | $15.00 |
| Fee Advance | 1 | $1.80 | $1.80 |
| Postage/Delivery | 1 | $6.50 | $6.50 |
| Fuel Surcharge | 1 | $1.50 | $1.50 |

**Memo:**

| | |
|---|---|
| Subtotal: | $90.28 |
| Sales Tax: | $4.40 |
| Total: | $94.68 |

**Please Remit To:**

*TaylorMorse, Ltd.*

**PAGE 14**

Federal Tax ID:

*Thank You For Choosing*



REPORT: CLMFAX                           CITY OF SANTA BARBARA              RUN DATE: 12/28/2007
    PAGE: 1                                                                 TIME: 15:50

    LOCATION NUMBER 146        RISK MANAGEMENT                        CLAIM NUMBER 874688
       RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| CLAIM TYPE| PROGRAM                                                                     |
| UNENCUMBE | FINANCE-LIABILITY                        | PO NO. | CLOS |  TOTAL AMOUNT       |
|                                                                          118.54         |

| VENDOR NO. | VENDOR NAME AND ADDRESS                                                     |
| 044443     | TAYLOR MORSE, LTD.                                                NEW?      |
| REMIT CODE                                                                               |
|              ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉    ▉▉▉▉▉▉      ▉▉▉▉▉▉▉                                       |

| CONTACT: KIM 2565                                                                        |
| RETURN TO DEPARTMENT:                      | ENTRY DATE: 12/28/2007 | INITIALS: KP       |

CLAIM DESCRIPTION

        SUBPOENA PREPARATION CHARGES
        RE: GARCIA

| LN# | INVOICE # | INV DATE   |       G/L NUMBER                    |        AMOUNT        |
|  1  |  110820   | 12/11/2007 | 531-1462-52970-005644-000-000      |        118.54        |

FIRST                                       SECOND
APPROVAL:                                   APPROVAL:

NOTICE
SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO
DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY
COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW
OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT,
VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

                                            THE UNDERSIGNED, UNDER PENALTY OF
                                            PERJURY, STATES THAT THIS CLAIM AND
_____             THE ITEMS THEREIN SET OUT ARE TRUE AND
FINANCE DIRECTOR APPROVAL      DATE         CORRECT, THAT NO PART THEREOF HAS
                                            HERETOFORE BEEN PAID, AND THAT THE
                                            AMOUNT THEREIN IS JUSTLY DUE CLAIMANT.
_____
CITY ADMINISTRATOR APPROVAL    DATE
                                            _____
                                            SIGNED                         DATE

**PAGE 15**

 **TAYLOR MORSE**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/11/2007 | 110820 |

## Billed To

Stephen P. Wiley, City Attorney

Attn: Julie Ruggieri

## Ordered By

Stephen P. Wiley, City Attorney

Attn: Tom R. Shapiro

Claim #:
Insured:
Date Of Loss:           01/10/2007

Case Name:            Arturo Garcia  vs   City of Santa Barbara, et al.
Firm File #:            Garcia, Arturo

Order Number:         518450-A
Records Pertaining to:  Arturo M. Garcia            Order Date: 11/12/2007
Records From:         Santa Barbara Cottage Hospital-MR

| Item Description | Qty | Sales Price | Amount |
|------------------|-----|-------------|--------|
| Basic Charge | 1 | $15.00 | $15.00 |
| Subpoena Preparation | 1 | $15.00 | $15.00 |
| Subpoena Service | 1 | $18.50 | $18.50 |
| Field Trips | 1 | $15.00 | $15.00 |
| Pages Scanned | 134 | $0.18 | $24.12 |
| Witness Fee | 1 | $15.00 | $15.00 |
| Fee Advance | 1 | $1.80 | $1.80 |
| Postage/Delivery | 1 | $6.50 | $6.50 |
| Fuel Surcharge | 1 | $1.50 | $1.50 |

Memo:

| | |
|---|---|
| Subtotal: | $112.42 |
| Sales Tax: | $6.12 |
| Total: | $118.54 |

## Please Remit To:

*TaylorMorse, Ltd.*

**PAGE 16**

Federal Tax ID:

Terms: Net on Receipt

*Thank You For Choosing*
 **TAYLOR MORSE**