STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California  93102-1990
(t)     (805) 564-5331
(f)     (805) 897-2532
(e)     tshapiro@santabarbaraca.gov

Attorneys for City of Santa Barbara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GARCIA, | CASE NO. CV07-06005 SVW(CWx |
| Plaintiff, | |
| vs. | [PROPOSED] JUDGMENT AND ORDER FOR ENTRY OF COSTS |
| CITY OF SANTA BARBARA, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED,

AND DECREED that the City of Santa Barbara's Motion to Dismiss under

FRCP 4(M), is granted and Judgment in favor of the City of Santa Barbara is

entered.  Costs in the amount of one-thousand, five hundred, seventy-eight

dollars and twenty-two cents ($1,578.22) are ordered to be entered against

Plaintiff, Arturo Garcia, and in favor of defendant, City of Santa Barbara.

DATED:_____     _____
Hon. Stephen V. Wilson
Judge of the United States District Court