**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6005 SVW (Cwx) | Date | April 24, 2008 |
|---|---|---|---|
| Title | ARTURO GARCIA -v- CITY OF SANTA BARBARA, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| C. Kevin Reddick | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

Plaintiff's application to the clerk to tax costs set for April 24, 2008 is hereby taken off calendar. The clerk will place the application to tax costs on calendar upon notification by counsel that judgment has been entered. Within 5 days of entry of judgment, counsel shall notify the clerk telephonically.