# UNITED STATES DISTRICT COURT
## Central District of California

ARTURO GARCIA,
    Plaintiff,

V.

CITY OF SANTA BARBARA, et al.
    Defendants.

**BILL OF COSTS**

Case Number: CV07-06005 SVW(CWx)

Judgment having been entered in the above entitled action on __3/24/2008__ (Date) against __Plaintiff, Arturo Garcia__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 45.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
|   1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | 0.00 |
|   2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) | 613.22 |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | 0.00 |
| Fees for witnesses (itemize on page 2 of 3) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 (if incurred) | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 570.00 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) | 0.00 |
| **TOTAL** | **$ 1,578.22** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mr. Luis Esparza, Attorney at Law.

_____       Tom R. Shapiro, Assistant City Attorney
Signature of Attorney       Name of Attorney

For: __Defendant, City of Santa Barbara__       Date: __April 7, 2008__
    Name of Claiming Party

Costs are taxed in the amount of $ 1578.22

**SHERRI R. CARTER**       By: _____       5·30·08
Clerk of Court       Deputy Clerk **C. KEVIN REDDICK**       Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

## INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

SPECIAL NOTE: An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that any receipts are self-explanatory (i.e. receipts for service, to include the name of the individual). The Clerk's designee will disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

### Amended Procedure for Filing Bill of Costs

Local Rule 54-3 - Within (15) days after entry of judgment, the party entitled to costs shall file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs on Form CV-59. The Bill of Costs and the Notice of Application to the Clerk to Tax Costs shall be prepared as two separate documents. All costs shall be specified so that the nature of the claim can be readily understood. The Bill of Costs will be electronically filed by the Clerk's designee once determination of allowable costs are made.

### Appearance Requirements

Local Rule 54-3.2 - Time of Application - The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed, then no appearance by counsel is required. In the absence of an objection, any item listed will be taxed as allowed under Local Rule 54. When an objection is filed, the Clerk's designee may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk's designee may specify the form of the hearing and determine if telephonic appearances are appropriate.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

*Arturo Garcia v. City of Santa Barbara, et al*
USDC Case No. CV07-06005 SVW(CWx)

## TABLE OF COSTS

**Fees of the Clerk**
Civil filing fee                                         5

**Fees for services of summons and subpoena**
United Process Servers                                   6-7

**Compensation of interpreters, etc.**
America Translating Services, Inc.                       8-9

**Deposition Transcripts**
Tri-County Court Reporters                               10-11
Taylor Morse, Ltd.                                       12-16

```
          CLERK'S OFFICE U.S.D.C.
               LOS ANGELES
     9/17/2007 9:57:55 AM  Receipt #: 99836
          Cashier : ABELLAMY [LA 1-1]
     Paid by: CITY OF SANTA BARBARA
     2:CV07-06005
     2007-086900      5 - Civil Filing Fee(1)
     Amount :                         $60.00

     2:CV07-06005
     2007-510000     11 - Special Fund F/F(1)
     Amount :                        $190.00

     2:CV07-06005
     2007-086400      Filing Fee - Special(1)
     Amount :                        $100.00
     ------------------------------------------
     Check Payment : 1072 /           350.00
     ------------------------------------------
     Total Payment :                  350.00

     (= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

**PAGE 5**

```
REPORT: CLMFAX                  CITY OF SANTA BARBARA           RUN DATE: 11/16/2007
    PAGE: 1                                                     TIME: 10:37

    LOCATION NUMBER 146      RISK MANAGEMENT              CLAIM NUMBER 871265

    RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ████████████████████████████
------------------------------------------------------------------------------
| CLAIM TYPE| PROGRAM                      | PO NO. |CLOS|    TOTAL AMOUNT   |
| UNENCUMBE | FINANCE-LIABILITY             |        |    |          45.00   |
------------------------------------------------------------------------------
| VENDOR NO.| VENDOR NAME AND ADDRESS                             NEW?        |
|  908495   | UNITED PROCESS SERVERS, INC.                                    |
| REMIT CODE|                                                                 |
|           | ████████████████████████████                                    |
------------------------------------------------------------------------------
| CONTACT: KIM 2565                    | ENTRY DATE: 11/16/2007 | INITIALS: KP|
| RETURN TO DEPARTMENT:                |                        |             |
------------------------------------------------------------------------------

                              CLAIM DESCRIPTION

              LEGAL DOCUMENT SERVICE ATTEMPT
              RE: GARCIA
------------------------------------------------------------------------------
| LN# | INVOICE #  |  INV DATE  |      G/L NUMBER            |     AMOUNT   |
|  1    88385        11/13/2007  531-1462-52970-005644-000-000       45.00  |
------------------------------------------------------------------------------
| FIRST                              | SECOND                                |
| APPROVAL: [signature]              | APPROVAL: [signature]                 |
------------------------------------------------------------------------------
                                  NOTICE
| SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO
| DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY
| COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW
| OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT,
| VOUCHER, OR WRITING, IS GUILTY OF A FELONY."
------------------------------------------------------------------------------
|                                    | THE UNDERSIGNED, UNDER PENALTY OF
|                                    | PERJURY, STATES THAT THIS CLAIM AND
|                                    | THE ITEMS THEREIN SET OUT ARE TRUE AND
| FINANCE DIRECTOR APPROVAL    DATE  | CORRECT, THAT NO PART THEREOF HAS
|                                    | HERETOFORE BEEN PAID, AND THAT THE
|                                    | AMOUNT THEREIN IS JUSTLY DUE CLAIMANT.
|                                    |
| CITY ADMINISTRATOR APPROVAL  DATE  |
|                                    | _____
|                                    | SIGNED                       DATE
------------------------------------------------------------------------------
```




SANTA BARBARA OFFICE

Phone
Fax

Bill to:
SANTA BARBARA CITY ATTORNEY

Work Completed For:
TOM R. SHAPIRO
SANTA BARBARA CITY ATTORNEY

Tuesday November 13, 2007    *INVOICE*    SHAPIRO.88385

Case #: CV07-06005SVW
Court: UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
Title: ARTURO GARCIA vs. CITY OF SANTA BARBARA, ET AL.
Documents: SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION

| Date | Description | Amount |
|---|---|---|
| 11/13/07 05:00PM | Returned Not Served JONA PERE JUPI, AT Home  Returned By: RYAN CARTER | |
| 11/13/07 | BAD ADDRESS | 45.00 |

Thank you for selecting United Process Servers, Inc.

11.14.07
OK to pay
$45.00

Telephone:    FAX:    Tax ID:

```
REPORT: CLMFAX              CITY OF SANTA BARBARA              RUN DATE: 11/28/2007
   PAGE: 1                                                     TIME: 16:50

   LOCATION NUMBER 146    RISK MANAGEMENT              CLAIM NUMBER 872202
     RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ███████████████████████
   ------------------------------------------------------------------------
  | CLAIM TYPE | PROGRAM                      | PO NO. | CLOS | TOTAL AMOUNT |
  | UNENCUMBE  | FINANCE-LIABILITY            |        |      |       570.00 |
   ------------------------------------------------------------------------
  | VENDOR NO. | VENDOR NAME AND ADDRESS                         NEW?       |
  |   000000   | AMERICA TRANSLATING SERVICES, INC.               X         |
  | REMIT CODE |                                                            |
  |            | ████████████████     ██████████                            |
   ------------------------------------------------------------------------
  | CONTACT: KIM 2565            | ENTRY DATE: 11/28/2007 | INITIALS: KP    |
  | RETURN TO DEPARTMENT:        |                        |                 |
   ------------------------------------------------------------------------

                              CLAIM DESCRIPTION
                       ----------------------------
                       TRANSLATION COSTS RE: GARCIA

  | LN# | INVOICE #  | INV DATE   |      G/L NUMBER             |   AMOUNT |
  |  1    3Y38301      11/15/2007   531-1462-52970-005644-000-000    570.00 |

   FIRST                              | SECOND
   APPROVAL: /s/ _____     | APPROVAL: /s/ _____
```

NOTICE
SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING, IS GUILTY OF A FELONY."

```
  _____       THE UNDERSIGNED, UNDER PENALTY OF
                                        PERJURY, STATES THAT THIS CLAIM AND
  FINANCE DIRECTOR APPROVAL  DATE       THE ITEMS THEREIN SET OUT ARE TRUE AND
                                        CORRECT, THAT NO PART THEREOF HAS
                                        HERETOFORE BEEN PAID, AND THAT THE
                                        AMOUNT THEREIN IS JUSTLY DUE CLAIMANT.

  _____
  CITY ADMINISTRATOR APPROVAL  DATE     _____
                                        SIGNED                       DATE
```



# America Translating Services, Inc.
*a defense service provider*

Office: ▮▮▮▮▮ Fax: ▮▮▮▮▮

Date: 11/15/2007
Invoice Number: 3Y38301
Tax ID #

City Of Santa Barbara
Accounts Payable: Tom Shapiro

**Caption:** Garcia vs City of Santa Barbara
**Reference #:** N/A

**Language:** Spanish  **Type:** Deposition
**Date of Service:** 11/13/2007  **Time:** 9:00 AM
**Appointment Location:** Tri-County Court Reporters

**Interpreter:** ANTONIO VERDINY
Cert. No(s).100684

*OK to Pay* [signature]

**Services requested by:** Mira Tri County 10/29/2007

1st deposition - 9:00 a.m. - 11:30 a.m.

2nd deposition - 1:00 p.m. - To be rescheduled

### Charges
TeleConference charges:
Deposition Prep:
Interpreting: $570.00
Parking/Travel/Mileage:

**Total costs** $570.00
**Total Paid**
**Interest**\*\*

**Total Due** $570.00

California Code of Regulations, Title 8, Section 9795.3 Interpreting Services

1) Board Hearing, Arbitration, Deposition or Rehabilitation Conference: Interpreting fees shall be billed and paid at the greater of the following (i) at the rate for one-half day or one full day as set forth in the Superior Court fee for interpreters in the county where the service was provided, (ii) *or at the market rate.*
2) All other events interpreter fees shall be billed and paid at the rate of $11.25 per quarter hour with a minimum of two hours or the market rate, (ii) *or at the market rate,* <u>whichever is greater.</u>
3) Payment for mileage and travel time where reasonable and necessary to provide the service is over 25 miles set by the Director of the Department of Personnel Administration at $0.445 and travel time at the rate of $5.00 *per quarter hour or portion thereof.*
4) Notification of at least 24 hours prior to the time the service is to be provided, the interpreter/agency shall be paid no less than the minimum fee.
5) Nothing shall preclude payment to an interpreter or agency for interpreting services based on an agreement made in advance of services between the agency and Claims Administrator, regardless of whether or not such payment is less than, or exceeds, the fees set forth in this section.

\* Parking charges are based on the prevailing rates for parking. If parking costs less than the facility please specify and/or notify our office.
\*\*A finance charge of the maximum allowable by law will be applied to accounts that are over 30 days late.

PAGE 9

```
REPORT: CLMFAX              CITY OF SANTA BARBARA              RUN DATE: 12/28/2007
  PAGE: 1                                                       TIME: 15:51

    LOCATION NUMBER 146      RISK MANAGEMENT              CLAIM NUMBER 874689

    RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ███████████████████████
------------------------------------------------------------------------------
| CLAIM TYPE| PROGRAM                            | PO NO.  |CLOS|  TOTAL AMOUNT |
| UNENCUMBE | FINANCE-LIABILITY                  |         |    |       400.00  |
|-----------------------------------------------------------------------------|
| VENDOR NO.| VENDOR NAME AND ADDRESS                                   NEW?  |
|   032265  | TRI-COUNTY COURT REPORTERS                                       |
| REMIT CODE|                                                                  |
|           | ███████████████████████████████                                  |
|-----------------------------------------------------------------------------|
| CONTACT: KIM 2565                  | ENTRY DATE: 12/28/2007 | INITIALS: KP  |
| RETURN TO DEPARTMENT:              |                        |               |
------------------------------------------------------------------------------

                              CLAIM DESCRIPTION

                       DEPOSITION CHARGES
                       RE: GARCIA
------------------------------------------------------------------------------
| LN# | INVOICE #  | INV DATE  |        G/L NUMBER          |      AMOUNT    |
|  1    11205-07    12/13/2007  531-1462-52970-005644-000-000       400.00   |
------------------------------------------------------------------------------
| FIRST                                | SECOND                              |
| APPROVAL: K.Carson                   | APPROVAL: [signature]               |
------------------------------------------------------------------------------
                                 NOTICE
  SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO
  DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY
  COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW
  OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT,
  VOUCHER, OR WRITING, IS GUILTY OF A FELONY."
------------------------------------------------------------------------------
|                                      | THE UNDERSIGNED, UNDER PENALTY OF    |
|                                      | PERJURY, STATES THAT THIS CLAIM AND  |
|                                      | THE ITEMS THEREIN SET OUT ARE TRUE AND|
| FINANCE DIRECTOR APPROVAL      DATE  | CORRECT, THAT NO PART THEREOF HAS    |
|                                      | HERETOFORE BEEN PAID, AND THAT THE   |
|                                      | AMOUNT THEREIN IS JUSTLY DUE CLAIMANT.|
|                                      |                                      |
| CITY ADMINISTRATOR APPROVAL    DATE  |                                      |
|                                      | SIGNED                          DATE |
------------------------------------------------------------------------------
```

 Tri-County Court Reporters

Tax I.D. #

TOM R. SHAPIRO, ESQ.
STEPHEN P. WILEY, CITY ATTORNEY

December 13, 2007

**Invoice#** 11205-07

**Balance:** $400.00

**Re:** GARCIA V. CITY OF SB
USDC-CV07-06006 SVW
on 11/13/07 by Maria G. Rabatin

## Invoicing Information

| Charge Description | Amount |
|---|---|
| THE ORIGINAL AND ONE COPY OF THE DEPOSITION OF: | |
| ARTURO GARCIA | 385.00 |
| Delivery (O&1): | 15.00 |

*OK to pay* [signature]

P l e a s e   R e m i t   - - - >   Total Due:   $400.00

*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR CHECK*
THANK YOU!



RECEIVED DEC 18 2007 CITY ATTORNEY

**PAGE 11**

```
REPORT: CLMFAX                   CITY OF SANTA BARBARA             RUN DATE: 12/14/2007
    PAGE: 1                                                            TIME: 16:42
    LOCATION NUMBER 146    RISK MANAGEMENT
                                                                   CLAIM NUMBER 873676
    RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION,
-------------------------------------------------------------------------------
| CLAIM TYPE| PROGRAM                                    | PO NO. |CLOS| TOTAL AMOUNT |
| UNENCUMBE | FINANCE-LIABILITY                          |        |    |     1,190.47 |
-------------------------------------------------------------------------------
| VENDOR NO.| VENDOR NAME AND ADDRESS                                              |
|   044443  | TAYLOR MORSE, LTD.                                           NEW?    |
| REMIT CODE|                                                                      |
|           |                                                                      |
-------------------------------------------------------------------------------
| CONTACT: KIM 2565                    |                           |               |
| RETURN TO DEPARTMENT:                | ENTRY DATE: 12/14/2007    | INITIALS: KP  |
-------------------------------------------------------------------------------

                              CLAIM DESCRIPTION

             SUBPOENA CHARGES RE:
             -COMRIE
             -BRAVO
             -BAKER
             -GARCIA
-------------------------------------------------------------------------------
| LN# | INVOICE # | INV DATE   |        G/L NUMBER                  |  AMOUNT  |
-------------------------------------------------------------------------------
|  1  |  110420   | 12/05/2007 | 531-1462-52970-005606-000-000      |          |
|  2  |  110421   | 12/05/2007 | 531-1462-52970-005606-000-000      |   95.84  |
|  3  |  110416   | 12/05/2007 | 531-1462-52970-005606-000-000      |  105.93  |
|  4  |  110371   | 12/04/2007 | 531-1462-52970-005606-000-000      |   93.90  |
|  5  |  110422   | 12/05/2007 | 531-1462-52970-005605-000-000      |  133.47  |
|  6  |  110600   | 12/07/2007 | 531-1462-52970-005605-000-000      |  127.46  |
|  7  |  110599   | 12/07/2007 | 531-1462-52970-005605-000-000      |  106.12  |
|  8  |  110417   | 12/05/2007 | 531-1462-52970-005602-000-000      |  189.13  |
|  9  |  110419   | 12/05/2007 | 531-1462-52970-005602-000-000      |  111.04  |
| 10  |  110418   | 12/05/2007 | 531-1462-52970-005602-000-000      |   58.13  |
| 11  |  110383   | 12/04/2007 | 531-1462-52970-005644-000-000      |   74.77  |
|     |           |            |                                    |   94.68  |
```

```
REPORT: CLMFAX              CITY OF SANTA BARBARA           RUN DATE: 12/14/2007
   PAGE: 2                                                      TIME: 16:42
   LOCATION NUMBER 146     RISK MANAGEMENT                  CLAIM NUMBER 873676
     RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ███████████████████████
-----------------------------------------------------------------------------
| FIRST                              | SECOND                               |
| APPROVAL:  [signature]             | APPROVAL:  [signature]               |
-----------------------------------------------------------------------------
|                                 NOTICE                                    |
| SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO  |
| DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY    |
| COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW|
| OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, |
| VOUCHER, OR WRITING, IS GUILTY OF A FELONY."                              |
-----------------------------------------------------------------------------
|                                    | THE UNDERSIGNED, UNDER PENALTY OF    |
|                                    | PERJURY, STATES THAT THIS CLAIM AND  |
| _____   | THE ITEMS THEREIN SET OUT ARE TRUE AND|
| FINANCE DIRECTOR APPROVAL   DATE   | CORRECT, THAT NO PART THEREOF HAS    |
|                                    | HERETOFORE BEEN PAID, AND THAT THE   |
|                                    | AMOUNT THEREIN IS JUSTLY DUE CLAIMANT.|
| _____   |                                      |
| CITY ADMINISTRATOR APPROVAL DATE   |                                      |
|                                    | [signature]                          |
|                                    | SIGNED                         DATE  |
-----------------------------------------------------------------------------
```



# Invoice

| Date | Invoice # |
|---|---|
| 12/4/2007 | 110383 |

**lled To**

Stephen P. Wiley, City Attorney

Attn: Julie Ruggieri

**Ordered By**

Stephen P. Wiley, City Attorney

Attn: Tom R. Shapiro

**Claim #:**
**Insured:**
**Date Of Loss:** 01/10/2007

**Case Name:** Arturo Garcia vs City of Santa Barbara, et al.
**Firm File #:** Garcia, Arturo

**Order Number:** 518450-B       /5644     **Order Date:** 11/12/2007
**Records Pertaining to:** Arturo M. Garcia

**Records From:** SANTA BARBARA COTTAGE HOSPITAL-BILLS

| Item Description | Qty | Sales Price | Amount |
|---|---|---|---|
| Basic Charge | 1 | $15.00 | $15.00 |
| Subpoena Preparation | 1 | $15.00 | $15.00 |
| Subpoena Service | 1 | $18.50 | $18.50 |
| Field Trips | 1 | $15.00 | $15.00 |
| Pages Scanned | 11 | $0.18 | $1.98 |
| Witness Fee | 1 | $15.00 | $15.00 |
| Fee Advance | 1 | $1.80 | $1.80 |
| Postage/Delivery | 1 | $6.50 | $6.50 |
| Fuel Surcharge | 1 | $1.50 | $1.50 |

**Memo:**

| | |
|---|---|
| Subtotal: | $90.28 |
| Sales Tax: | $4.40 |
| Total: | $94.68 |

**Please Remit To:**

*TaylorMorse, Ltd.*

PAGE 14

Federal Tax ID:
Terms: Net on Receipt

*Thank You For Choosing*



```
REPORT: CLMFAX                CITY OF SANTA BARBARA           RUN DATE: 12/28/2007
        PAGE: 1                                               TIME: 15:50

     LOCATION NUMBER 146       RISK MANAGEMENT              CLAIM NUMBER 874688

       RETURN TO: FINANCE DEPT - ACCOUNTING DIVISION, ▆▆▆▆▆▆▆▆
-----------------------------------------------------------------------------
| CLAIM TYPE| PROGRAM                            | PO NO. |CLOS|  TOTAL AMOUNT |
| UNENCUMBE | FINANCE-LIABILITY                  |        |    |         118.54|
|-----------------------------------------------------------------------------|
| VENDOR NO.| VENDOR NAME AND ADDRESS                                  NEW?   |
|   044443  | TAYLOR MORSE, LTD.                                              |
| REMIT CODE|                                                                 |
|           | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                            |
|-----------------------------------------------------------------------------|
| CONTACT: KIM 2565                  | ENTRY DATE: 12/28/2007 | INITIALS: KP  |
| RETURN TO DEPARTMENT:              |                        |               |
-------------------------------------------------------------------------------
                            CLAIM DESCRIPTION
                    ---------------------------------
                    SUBPOENA PREPARATION CHARGES
                    RE: GARCIA
-------------------------------------------------------------------------------
| LN# |  INVOICE # |   INV DATE  |        G/L NUMBER        |      AMOUNT    |
|   1    110820      12/11/2007    531-1462-52970-005644-000-000       118.54|
|-----------------------------------------------------------------------------|
|  FIRST                             |  SECOND                                |
|  APPROVAL:                         |  APPROVAL:                             |
|-----------------------------------------------------------------------------|
|                              NOTICE                                         |
| SECTION 72 OF THE PENAL CODE PROVIDES: "EVERY PERSON WHO, WITH INTENT TO    |
| DEFRAUD, PRESENTS FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY      |
| COUNTY, CITY, DISTRICT, WARD OR VILLAGE BOARD OR OFFICER, AUTHORIZED TO ALLOW|
| OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT,   |
| VOUCHER, OR WRITING, IS GUILTY OF A FELONY."                                |
|-----------------------------------------------------------------------------|
|                                    | THE UNDERSIGNED, UNDER PENALTY OF      |
|                                    | PERJURY, STATES THAT THIS CLAIM AND    |
| _____   | THE ITEMS THEREIN SET OUT ARE TRUE AND |
| FINANCE DIRECTOR APPROVAL   DATE   | CORRECT, THAT NO PART THEREOF HAS      |
|                                    | HERETOFORE BEEN PAID, AND THAT THE     |
|                                    | AMOUNT THEREIN IS JUSTLY DUE CLAIMANT. |
| _____   |                                        |
| CITY ADMINISTRATOR APPROVAL DATE   | _____       |
|                                    | SIGNED                          DATE   |
-------------------------------------------------------------------------------
```

PAGE 15



# Invoice

| Date | Invoice # |
|---|---|
| 12/11/2007 | 110820 |

**Billed To**

Stephen P. Wiley, City Attorney

Attn: Julie Ruggieri

**Ordered By**

Stephen P. Wiley, City Attorney

Attn: Tom R. Shapiro

Claim #:
Insured:
Date Of Loss:   01/10/2007

Case Name:    Arturo Garcia  vs  City of Santa Barbara, et al.
Firm File #:    Garcia, Arturo

Order Number:   518450-A            Order Date: 11/12/2007
Records Pertaining to:  Arturo M. Garcia

Records From:   Santa Barbara Cottage Hospital-MR

*Ok to pay*

| Item Description | Qty | Sales Price | Amount |
|---|---|---|---|
| Basic Charge | 1 | $15.00 | $15.00 |
| Subpoena Preparation | 1 | $15.00 | $15.00 |
| Subpoena Service | 1 | $18.50 | $18.50 |
| Field Trips | 1 | $15.00 | $15.00 |
| Pages Scanned | 134 | $0.18 | $24.12 |
| Witness Fee | 1 | $15.00 | $15.00 |
| Fee Advance | 1 | $1.80 | $1.80 |
| Postage/Delivery | 1 | $6.50 | $6.50 |
| Fuel Surcharge | 1 | $1.50 | $1.50 |

Memo:

| | |
|---|---|
| Subtotal: | $112.42 |
| Sales Tax: | $6.12 |
| Total: | $118.54 |

**Please Remit To:**
TaylorMorse, Ltd.

PAGE 16

Federal Tax ID:
Terms: Net on Receipt

*Thank You For Choosing*
